AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 23 2020
CLERK, U.S. DISTRICT COURT
By ______ Deputy

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

United States of America
v.

SANTOS JORDAN LISCANO, III

*Defendant(s)*

Case No. 2:20-MJ-162

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 4, 2020 in the county of Potter in the Northern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) | Convicted Felon in Possession of a Firearm. |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Curt Gabel, ATF TFO

*Printed name and title*

Attested to in accordance with the requirements of Fed. R. Crim. P 4.1 by telephone:

Date: 10/23/2020

*Judge's signature*

City and state: Amarillo, Texas

Lee Ann Reno, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
**Case No. 2:20-MJ-162**

I, Curtis Gabel, affiant herein, being duly sworn, state that I am a Detective with the Amarillo Police Department (APD) and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Dallas Field Division, Amarillo Satellite Office. I have been employed with the APD for 21 years and assigned to the ATF since April 2018. I am a Master Peace Officer. I have successfully completed the Basic Texas Peace Officer Academy at the Amarillo Police Department, and the Joint Law Enforcement Operations (JLEO) Task Force Operations Training. I have earned a Bachelor of Science degree in Criminal Justice Administration from Wayland Baptist University in Plainview, Texas.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

On September 4, 2020, officers with the Amarillo Police Department (APD) were dispatched to the area of Palomino Street and West Amarillo Boulevard, Potter County, Amarillo, Texas, 79106, in reference to a one-car major vehicle accident. Two occupants of the vehicle were ejected. Officers began the treatment of the injured and their

investigation. Officers located a .45 caliber firearm next to the wrecked vehicle. Officers located a brown backpack near the vehicle also. The search of the backpack revealed drug paraphernalia and three rounds of .45 caliber ammunition. Officers detained Santos Jordan Liscano III, the driver of the wrecked vehicle. Liscano was read his rights. Liscano denied that the firearm was his. He claimed possession of the brown backpack. The backpack contained the same caliber ammunition as the firearm. Officers determined that the firearm was reported stolen from an incident in Borger, Texas. Officers also determined that Liscano had a previous felony conviction. Liscano was arrested for Intoxication Assault after he was medically cleared at Northwest Texas Hospital. The defendant was release from the Texas Department of Criminal Justice - State Jail Division sometime in the summer of 2020; therefore, there is evidence that the defendant knew he had a prior felony conviction.

The firearm is a Remington Rand Inc., model M1911 A1 U.S. Army, .45 caliber pistol with serial number 1968594. The firearm was loaded. A verbal nexus was conducted on the aforementioned firearm. The firearm was manufactured outside of the state of Texas; therefore, the firearm traveled in or affected interstate commerce. Liscano is a previously convicted felon; therefore, prohibited from possessing firearms.

Based on my training, education, and experience, and the information provided to me, there is probable cause that Santos Jordan Liscano III violated Title 18, United States Code, Section 922(g)(1), which makes it unlawful for any person who has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year to ship or transport in interstate commerce, or possess in or affecting commerce, any firearm or ammunition, or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

Task Force Officer Curtis Gabel
Bureau of Alcohol, Tobacco, Firearms,
& Explosives

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone:

Lee Ann Reno
UNITED STATES MAGISTRATE JUDGE

Date: 10/23/2020

Meredith Pinkham
Assistant United States Attorney